UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| NATHAN CEPEDA, | Civil No. C25-5101-SKV |
| Plaintiff, | |
| v. | ORDER OF REMAND |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, Dkt. 13, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.  On remand, the Appeals Council will direct the Administrative Law Judge to:  reassess the limiting effects of the claimant's medically determinable impairments at step two and continue with the sequential evaluation, as necessary; take further action to complete the administrative record resolving the above issues; and issue a new decision.

Upon proper presentation, this Court will consider Plaintiff's application for costs and

/ / /

/ / /

Page 1      ORDER OF REMAND - [C25-5101-SKV]

1  attorney's fees under 28 U.S.C. § 2412(d).

2        DATED this 15th day of July, 2025.

3

4                                         _Kate Vaughan_____

5                                         S. KATE VAUGHAN
                                          United States Magistrate Judge
6

7

8

9  Presented by:

10 s/ John B. Drenning_____
   JOHN B. DRENNING
11 Special Assistant United States Attorney
   Office of Program Litigation, Office 7
12 Office of the General Counsel
   Social Security Administration
13 6401 Security Boulevard
   Baltimore, MD 21235
14 john.drenning@ssa.gov

15

16

17

18

19

20

21

22

23

24

   Page 2      ORDER OF REMAND - [C25-5101-SKV]